**William WALLS, Appellant,**

v.

**MISSOURI BOARD OF PROBATION AND PAROLE, Respondent.**

**WD 78642 Consolidated with WD 78768**

Missouri Court of Appeals, Western District.

FILED: January 26, 2016

---

William E. Walls, Licking, MO appellant pro se.

Terrence M. Messonnier, Jefferson City, MO for respondent.

Before Division One: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Gary D. Witt, Judges

**ORDER**

Per Curiam

William Walls appeals the judgment in favor of the Missouri Board of Probation and Parole ("Board") on his petition for relief, under Rule 74.06(b)(5), from a prior declaratory judgment, which denied Walls's claims that his parole eligibility was incorrectly calculated. After a thorough review of the record, we find no error and affirm the judgment. A formal published opinion would serve no jurisprudential purpose; however, a Memorandum explaining the reasons for our decision has been provided to the parties. Rule 84.16(b).